**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeffrey | J | Maier |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tammy | Marie | Maier |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number 16-34406
(If known)

[X] Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:** Describe Each Residence, Building, Land, or Other Real Esate You Own or Have an Interest In

**01. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
[ ] No.
[X] Yes. Describe.....

222 Madison St
Street address, if available, or other description

Suite 109

Joliet          IL     60435
City            State  ZIP Code

_____
County

**What is the property?** Check all that apply.
[ ] Single-family home
[ ] Duplex or multi-unit building
[X] Condominium or cooperative
[ ] Manufactured or mobile home
[ ] Land
[ ] Investment property
[ ] Timeshare
[ ] Other _____

**Who has an interest in the property?** Check one.
[ ] Debtor 1 only
[ ] Debtor 2 only
[X] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** $ 28,000.00

**Current value of the portion you own?** $ 28,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estat), if known.**

_____

[ ] **Check if this is a community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

---

604 Bethany Dr
Street address, if available, or other description

_____

Shorewood       IL     60404
City            State  ZIP Code

_____
County

**What is the property?** Check all that apply.
[X] Single-family home
[ ] Duplex or multi-unit building
[ ] Condominium or cooperative
[ ] Manufactured or mobile home
[ ] Land
[ ] Investment property
[ ] Timeshare
[ ] Other _____

**Who has an interest in the property?** Check one.
[ ] Debtor 1 only
[ ] Debtor 2 only
[X] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**Current value of the entire property?** $ 285,000.00

**Current value of the portion you own?** $ 285,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estat), if known.**

_____

[ ] **Check if this is a community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:** _____

Debtor 1  Jeffrey _____ J _____ Maier _____  Case Number *(if known)* 16-34406
          First Name         Middle Name   Last Name

2. **Add the dollar value of the portion you own for all of your entries fro Part 1, including any entries for pages you have attached for Part 1. Write that number here** ............................................................ --> **$313,000.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**03. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No.
☒ Yes.  Describe.....

| Make: | Honda | **Who has an interest in the property?** Check one. | | |
|---|---|---|---|---|
| Model: | Pilot | ☐ Debtor 1 only | | |
| Year: | 2003 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate Mileage: | 255,000 | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $ 1,000.00 | $ 1,000.00 |
| | | ☐ **Check if this is community property** (see instructions) | | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Make: | Suzuki | **Who has an interest in the property?** Check one. | | |
|---|---|---|---|---|
| Model: | XL7 | ☐ Debtor 1 only | | |
| Year: | 2007 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate Mileage: | 125,000 | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $ 3,500.00 | $ 3,500.00 |
| | | ☐ **Check if this is community property** (see instructions) | | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

| Make: | Ford | **Who has an interest in the property?** Check one. | | |
|---|---|---|---|---|
| Model: | Explorer | ☐ Debtor 1 only | | |
| Year: | 2017 | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate Mileage: | 1,000 | ☒ Debtor 1 and Debtor 2 only | | |
| Other information: | | ☐ At least one of the debtors and another | $ 30,000.00 | $ 30,000.00 |
| | | ☐ **Check if this is community property** (see instructions) | | |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*

**04. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☒ No.
☐ Yes.  Describe.....

5. **Add the dollar value of the portion you own for all of your entries fro Part 2, including any entries for pages you have attached for Part 2. Write that number here** ............................................................ --> **$ 34,500.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**  **Current value of the portion you own?** Do not deduct secured claims or exemptions

**06. Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware
☐ No.
☒ Yes.  Describe.....

| Furniture, linens, small appliances, table & chairs, bedroom set | *$1,000* |
|---|---|

$ **1,000.00**

### 07. Electronics
Examples: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No.
☒ Yes.  Describe.....
Flat screen TV, computer, printer, music collection, cell phone   *$500*

$ 500.00

### 08. Collectibles of value
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No.
☒ Yes.  Describe.....
Knicknacks   *$100*

$ 100.00

### 09. Equipment for sports and hobbies
Examples: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☒ No.
☐ Yes.  Describe.....

$ 0.00

### 10. Firearms
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☐ No.
☒ Yes.  Describe.....
Service Weapon   *$300*

$ 300.00

### 11. Clothes
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No.
☒ Yes.  Describe.....
Clothes   *$500*

$ 500.00

### 12. Jewelry
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No.
☒ Yes.  Describe.....
Jewelry   *$5,000*

$ 5,000.00

### 13. Non-farm animals
Examples: Dogs, cats, birds, horses

☐ No.
☒ Yes.  Describe.....
2 dogs   *$0*

$ 0.00

### 14. Any other personal and household items you did not already list, including any health aids you did not list
☐ No.
☒ Yes.  Describe.....
books, CDs, DVDs & Family Photos   *$300*

$ 300.00

### 15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ........................................................................................................... -->

$ 7,700.00

---

## Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

### 16. Cash
Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☒ No.
☐ Yes.  Describe.....

$ 0.00

**17. Deposits of money**
Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No.
☒ Yes.    Describe.....

| Account Type: | Institution name: | |
|---|---|---|
| Checking Account | First Midwest | $ 0.00 |
| Savings Account | First Midwest | $ 0.00 |
| Savings Account | BMO Harris | $ 2,000.00 |
| Checking Account | BMO Harris | $ 3,000.00 |
| | | $ **5,000.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☐ No.
☒ Yes.    Describe.....

| Institution or issuer name: | |
|---|---|
| Disney | $ 9,524.00 |
| MFS Mutual Fund | $ 14,340.00 |
| | $ **23,864.00** |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in**

☒ No.
☐ Yes.    Describe..... Name of Entity and Percent of Ownership:

$ 0.00

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☒ No.
☐ Yes.    Describe..... Issuer name:

$ 0.00

**21. Retirement or pension accounts**
Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No.
☒ Yes.    Describe.....

| Type of account and Institution name: | | |
|---|---|---|
| Pension plan | County of Will | $ Unknown |
| IRA | Deutsche Bank | $ Unknown |
| IRA | First Midwest | $ Unknown |
| IRA | State of IL | $ Unknown |
| | | $ 0.00 |

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications

☒ No.
☐ Yes.    Describe..... Institution name or individual:

$ 0.00

**23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)**

☒ No.
☐ Yes.    Describe..... Issuer name and description:

$ 0.00

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No.
☐ Yes.    Describe..... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

$ 0.00

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers**

☒ No.
☐ Yes.    Describe.....

$ 0.00

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No.
☐ Yes.    Describe.....

$ 0.00

**27. Licenses, franchises, and other general intangibles**
Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No.
☐ Yes. Describe.....

$ 0.00

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

**28. Tax refunds owed to you**
■ No.
☐ Yes. Describe.....

$ 0.00

**29. Family support**
Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No.
☐ Yes. Describe.....

$ 0.00

**30. Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No.
☐ Yes. Describe.....

$ 0.00

**31. Interest in insurance policies**
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No.
■ Yes. Describe.....   Company Name & Beneficiary:

Term life policies    $0

$ 0.00

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No.
☐ Yes. Describe.....

$ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue
☐ No.
■ Yes. Describe.....

Debtor 2 has 1/9th interest in proceeds of Will County Case 2015 L 000821, Tammy Maier as Administrator of Estate of Merlene Upchurch v. Salem Village Nursing & Rehabilitation Center LLC

Represented by Malman Law, 205 W. Randolph St., Ste 610, Chicago, IL 60606
Pending Worker's Compensation Claim with Maier V Will County. Date of Incident September 20th, 2015.

$ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights**
■ No.
☐ Yes. Describe.....

$ 0.00

**35. Any financial assets you did not already list**
■ No.
☐ Yes. Describe.....

$ 0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ......................................................................................................................... -->

$28,864.00

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

**37. Do you own or have any legal or equitable interest in any business-related property?**
☒ No.
☐ Yes.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

**38. Accounts receivable or commissions you already earned**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**39. Office equipment, furnishings, and supplies**
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**41. Inventory**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**42. Interests in partnerships or joint ventures**
☒ No.          Name of Entity and Percent of Ownership:
☐ Yes.  Describe.....                                                                         $         0.00

**43. Customer lists, mailing lists, or other compilations**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**44. Any business-related property you did not already list**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................................................--> | $    0.00 |

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**47. Farm animals**
Examples: Livestock, poultry, farm-raised fish
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**48. Crops—either growing or harvested**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☒ No.
☐ Yes.  Describe.....                                                                         $         0.00

**50. Farm and fishing supplies, chemicals, and feed**
☒ No.
☐ Yes. Describe.....    $ 0.00

**51. Any farm- and commercial fishing-related property you did not already list**
☒ No.
☐ Yes. Describe.....    $ 0.00

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here .................................................................................................--> $0.00

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
Examples: Season tickets, country club membership
☒ No.
☐ Yes. Describe.....    $ 0.00

54. Add the dollar value of all of your entries from Part 7. Write that number here .....................................--> $0.00

### Part 8: List the Totals of Each Part of this Form

| # | | Amount | Amount |
|---|---|---:|---:|
| 55. | **Part 1:** Total real estate, line 2 | | $ 313,000.00 |
| 56. | **Part 2:** Total vehicles, line 5 | $ 34,500.00 | |
| 57. | **Part 3:** Total personal and household items, line 15 | $ 7,700.00 | |
| 58. | **Part 4:** Total financial assets, line 36 | $ 28,864.00 | |
| 59. | **Part 5:** Total business-related property, line 45 | $ 0.00 | |
| 60. | **Part 6:** Total farm- and fishing-related property, line 52 | $ 0.00 | |
| 61. | **Part 7:** Total other property not listed, line 54 | $ 0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61. ....................... | $ 71,064.00 | $ 71,064.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $ 384,064.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeffrey | J | Maier |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tammy | Marie | Maier |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number  16-34406
(If known)

[X] Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part2: Additional Page as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions-such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:  Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    [■] You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    [ ] You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 604 Bethany Dr Shorewood IL 60404 - Primary Residence<br>Line from Schedule A/B: 01 | $ 285,000 | [■] $ 30,000<br>[ ] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-901 - $30,000.00 |
| Brief description: 2003 Honda Pilot with over 255,000 miles.<br>Line from Schedule A/B: 03 | $ 1,000 | [ ] $<br>[■] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $1,000.00 |
| Brief description: 2007 Suzuki XL7 with over 125,000 miles.<br>Line from Schedule A/B: 03 | $ 3,500 | [ ] $<br>[■] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) - $2,400.00<br>735 ILCS 5/12-1001(b) - $1,100.00 |
| Brief description: 2017 Ford Explorer with over 1,000 miles<br>Line from Schedule A/B: 03 | $ 30,000 | [■] $ 2,400<br>[ ] 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) - $2,400.00 |

Official Form 106C       Record # 719569        Schedule C: The Property You Claim as Exempt           Page 1 of 3

Debtor 1  Jeffrey        J         Maler                    Case Number *(if known)* 16-34406
          First Name     Middle Name   Last Name

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Furniture, linens, small appliances, table & chairs, bedroom set  Line from Schedule A/B: 06 | $ 1,000 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $1,000.00 |
| Brief description: Flat screen TV, computer, printer, music collection, cell phone  Line from Schedule A/B: 07 | $ 500 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $500.00 |
| Brief description: Knicknacks  Line from Schedule A/B: 08 | $ 100 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $100.00 |
| Brief description: Service Weapon  Line from Schedule A/B: 10 | $ 300 | ☐ $ 1,500  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(d) - $1,500.00 |
| Brief description: Clothes  Line from Schedule A/B: 11 | $ 500 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a),(e) - $0.00 |
| Brief description: Jewelry  Line from Schedule A/B: 12 | $ 5,000 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a),(e) - $0.00 |
| Brief description: books, CDs, DVDs & Family Photos  Line from Schedule A/B: 14 | $ 300 | ☐ $ 350  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) - $350.00 |
| Brief description: Savings Account, BMO Harris, 2,000.00  Line from Schedule A/B: 17 | $ 2,000 | ■ $ 1,300  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $1,300.00 |
| Brief description: Checking Account, BMO Harris, 3,000.00  Line from Schedule A/B: 17 | $ 3,000 | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) - $3,000.00 |
| Brief description: Pension plan, County of Will, 0  Line from Schedule A/B: 21 | $ **Unknown** | ☐ $ _____  ■ 100% of fair market value, up to any applicable statutory limit | 40 ILCS 5/3-144.1 - $0.00 |

Official Form 106C   Record # 719569   Schedule C: The Property You Claim as Exempt   Page 2 of 3

Debtor 1  Jeffrey (First Name)   J (Middle Name)   Maier (Last Name)    Case Number *(if known)* 16-34406

### Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own  *Copy the value from Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: IRA, Deutsche Bank, 0<br>Line from Schedule A/B: 21 | $ Unknown | ☐ $ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 - $0.00 |
| Brief description: IRA, First Midwest, 0<br>Line from Schedule A/B: 21 | $ Unknown | ☐ $ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 - $0.00 |
| Brief description: IRA, State of IL, 0<br>Line from Schedule A/B: 21 | $ Unknown | ☐ $ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 - $0.00 |
| Brief description: Pending Worker's Compensation Claim with Maier V Will County. Date of Incident September 20th, 2015.<br>Line from Schedule A/B: 33 | $ Unknown | ☐ $ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 820 ILCS 305/21 - $0.00 |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No.
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes.

Official Form 106C    Record # 719569    Schedule C: The Property You Claim as Exempt    Page 3 of 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeffrey | J | Maier |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Tammy | Marie | Maier |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the : __NORTHERN DISTRICT OF ILLINOIS__

Case Number  16-34406
 (If known)

Check if this is:

[X] An amended filing
[ ] A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Employment

1. Fill in your employment information

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | [X] Employed<br>[ ] Not employed | [X] Employed<br>[ ] Not employed |
| **Occupation** | **Deputy Sheriff** | **Court Reporter** |
| **Employers name** | **Will County** | **State of Illinois Court Reporters** |
| **Employers address** | **302 N. Chicago St.**<br>**Joliet, IL 60432** | **325 W. Adams**<br>**Springfield, IL 62704** |
| **How long employed there?** | **30 Years** | **28 Years** |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 7,524.83 | $ 6,334.82 |
| 3. | **Estimate and list monthly overtime pay.** | $ 0.00 | $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | **$ 7,524.83** | **$ 6,334.82** |

Official Form 106I    Record #  719569             Schedule I: Your Income                                       Page 1 of 2

Debtor 1   Jeffrey            J            Maier                         Case Number *(if known)* 16-34406
        First Name        Middle Name        Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---:|---:|
| 4. **Copy line 4 here** ........................... | $ 7,524.83 | $ 6,334.82 |
| 5. **List all payroll deductions:** | | |
| 5a. **Tax, Medicare, and Social Security deductions** | $ 1,304.12 | $ 1,339.46 |
| 5b. **Mandatory contributions for retirement plans** | $ 564.37 | $ 238.82 |
| 5c. **Voluntary contributions for retirement plans** | $ 866.67 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | $ 559.35 | $ 0.00 |
| 5e. **Insurance** | $ 436.41 | $ 294.50 |
| 5f. **Domestic support obligations** | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | $ 55.25 | $ 0.00 |
| 5h. **Other deductions.** Specify: _Life Insurance(D1), AD&D(D1), FOP Ben Fund(D1), Life Insurance(D2),_ | $ 85.58 | $ 16.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | $ 3,871.75 | $ 1,888.78 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $ 3,653.09 | $ 4,446.04 |
| 8. **List all other income regularly received:** | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ 0.00 | $ 537.00 |
| 8b. **Interest and dividends** | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | $ 0.00 | $ 0.00 |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | $ 0.00 | $ 537.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 3,653.09  +  $ 4,983.04  = | $ 8,636.13 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                                                                                                11. $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies       12. $ 8,636.13

13. **Do you expect an increase or decrease within the year after you file this form?**
   [X] No.
   [ ] Yes. Explain:

**Official Form 106I**   Record # 719569         Schedule I: Your Income                            Page 2 of 2

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Jeffrey | J | Maier | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Tammy | Marie | Maier | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the : __NORTHERN DISTRICT OF ILLINOIS__

Case Number 16-34406
(If known)

Check if this is:

[X] An amended filing

[ ] A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

[ ] A separate filing for Debtor 2 because Debtor 2 maintains a separate household.

Official Form 106J

# Schedule J: Your Expenses

12/14

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**

   [ ] No. Go to line 2.

   [X] Yes. **Does Debtor 2 live in a separate household?**

       [X] No.

       [ ] Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   [ ] No

   [X] Yes. Fill out this information for each dependent.............................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 18 | [ ] No [X] Yes |
| Son | 16 | [ ] No [X] Yes |
| | | [X] No [ ] Yes |
| | | [X] No [ ] Yes |
| | | [X] No [ ] Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   [X] No

   [ ] Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4. $ 2,515.00

   **If not included in line 4:**

   4a. Real estate taxes     4a. $ 0.00

   4b. Property, homeowner's, or renter's insurance     4b. $ 0.00

   4c. Home maintenance, repair, and upkeep expenses     4c. $ 200.00

   4d. Homeowner's association or condominium dues     4d. $ 21.00

---

**Official Form 1066J**     Record # 719569     **Schedule J: Your Expenses**     **Page 1 of 3**

Debtor 1  Jeffrey            J           Maier                             Case Number *(if known)* 16-34406
          First Name         Middle Name  Last Name

|  |  | Your expenses |
|---|---|---:|
| 5. **Additional Mortgage payments for your residence**, such as home equity loans | 5. $ | 0.00 |
| 6. **Utilities:** |  |  |
| 6a.  Electricity, heat, natural gas | 6a. $ | 350.00 |
| 6b.  Water, sewer, garbage collection | 6b. $ | 80.00 |
| 6c.  Telephone, cell phone, internet, satellite, and cable service | 6c. $ | 450.00 |
| 6d.  Other. Specify:_____ | 6d. $ | 0.00 |
| 7. **Food and housekeeping supplies** | 7. $ | 1,000.00 |
| 8. **Childcare and children's education costs** | 8. $ | 90.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. $ | 350.00 |
| 10. **Personal care products and services** | 10. $ | 170.00 |
| 11. **Medical and dental expenses** | 11. $ | 300.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 655.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 115.00 |
| 14. **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. Life insurance | 15a. $ | 10.00 |
| 15b. Health insurance | 15b. $ | 0.00 |
| 15c. Vehicle insurance | 15c. $ | 180.00 |
| 15d. Other insurance. Specify: Child Life Insurance | 15d. $ | 40.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Federal or State Tax Repayments** | 16. $ | 0.00 |
| 17. **Installment or lease payments:** |  |  |
| 17a. Car payments for Vehicle 1 | 17a. $ | 316.00 |
| 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| 17c. Other. Specify:_____ | 17c. $ | 0.00 |
| 17d. Other. Specify:_____ | 17d. $ | 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $ | 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |  |
| 20a. Mortgages on other property | 20a. $ | 0.00 |
| 20b. Real estate taxes | 20b. $ | 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |

**Official Form 1066J**     Record #  719569     Schedule J: Your Expenses                         Page 2 of 3

Debtor 1  Jeffrey                    J                    Maier                        Case Number *(if known)* 16-34406
          First Name              Middle Name              Last Name

| | | | |
|---|---|---|---|
| 21. | **Other**. Specify: Pet Care ($150.00), Postage/Bank Fees ($5.00), | 21. $ | 155.00 |
| 22.. | **Your monthly expense:** Add lines 4 through 21. The result is your monthly expenses. | 22. $ | 7,185.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your comibined monthly income) from *Schedule I*. | 23a. $ | 8,636.13 |
| 23b. | Copy your monthly expenses from line 22 above. | 23b. – $ | 7,185.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **1,451.13** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    [X] No
    [ ] Yes.    Explain Here:

**Official Form 1066J**          Record #   719569          Schedule J: Your Expenses                              Page 3 of 3

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Jeffrey    J    Maier | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | Tammy    Marie    Maier | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |

United States Bankruptcy Court for the : __NORTHERN__ District of __ILLINOIS__
(State)

Case Number  16-34406
(If known)

[x] Check if this is an amended filing

## Official Form 106 Dec

### Declaration About an Individual Debtor's Schedules            12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of Person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Tammy M. Maier                         X  /s/ Jeffrey J Maier
Signature of Debtor 1                          Signature of Debtor 2

Date  11/23/16                                 Date  11/23/16
MM / DD / YYYY                                 MM / DD / YYYY

Official Form 106Dec    Record #  719569    Declaration About an Individual Debtor's Schedules                              page 1